1  Richard A. Shore, #109421
   Law Offices of Shore & Duarte
2  1341 Burnett Way
3  Sacramento, CA 95818
   Tel.: (916) 456-4900
4  Fax.: (916) 732-4388

5  Attorneys for Plaintiff

6
              **IN THE UNITED STATES DISTRICT COURT**
7
                  **EASTERN DISTRICT OF CALIFORNIA**
8

9  **Jay McGuire**,                    )    Case No.  2:13-cv-00028-EFB
                                       )
10            **Plaintiff,**           )    **STIPULATION AND ~~PROPOSED~~ ORDER**
                                       )    **FOR FIRST EXTENSION FOR PLAITIFF TO**
11        vs.                          )    **FILE MOTION FOR SUMMARY**
                                       )    **JUDGEMENT**
12                                     )
13 **Commissioner of Social Security**,)
                                       )
14                                     )
              **Defendant.**           )
15  _____)

16      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
17  approval of the Court, that Plaintiff shall have a 30-dayextension, or until July 31, 2013, in which
18  to file Notice, Motion and Memorandum in Support Motion of Summary Judgment.
19      This is Plaintiffs first request for an extension of time in this matter. This request is made
20  as a result the press of business and ongoing computer problems in Plaintiff's attorney's office.
21                              Respectfully Submitted,
22
23                              Benjamin B. Wagner
                                United State Attorney
24
25  Dated: May 29, 2013        /s/Patrick William Snyder
                          By:   Patrick William Snyder
26                              Assistant U. S. Regional Counsel
                                Attorneys for Defendant
27
28  Dated: May 29, 2013        /s/Richard A. Shore
                                Attorney for Plaintiff

                                        1

1. **PURSUANT TO THE STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDER.**

Dated: July 3, 2013.

_____
EDMUND F. BRENNAN
United States Magistrate Judge