Richard A. Shore, #109421
Law Offices of Shore & Duarte
1341 Burnett Way
Sacramento, CA 95818
Tel.: (916) 456-4900
Fax.: (916) 732-4388

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **Jay McGuire**, | ) | Case No.  2:13-cv-00028-EFB |
| | ) | |
| **Plaintiff,** | ) | **STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION FOR PLAITIFF TO FILE MOTION FOR SUMMARY JUDGEMENT** |
| vs. | ) | |
| | ) | |
| **Commissioner of Social Security**, | ) | |
| | ) | |
| **Defendant.** | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a 30-dayextension, or until July 31, 2013, in which to file Notice, Motion and Memorandum in Support Motion of Summary Judgment.

This is Plaintiffs first request for an extension of time in this matter. This request is made as a result the press of business and ongoing computer problems in Plaintiff's attorney's office.

Respectfully Submitted,


Benjamin B. Wagner
United State Attorney

Dated: May 29, 2013          /s/Patrick William Snyder
                      By:     Patrick William Snyder
                              Assistant U. S. Regional Counsel
                              Attorneys for Defendant

Dated: May 29, 2013          /s/Richard A. Shore
                              Attorney for Plaintiff

1

**PURSUANT TO THE STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDER.**

Dated:   July 3, 2013.

_____
EDMUND F. BRENNAN
United States Magistrate Judge