1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5
      160 Spear Street, Suite 800
6        San Francisco, California 94105
      Telephone:  (415) 977-8927
7        Facsimile:  (415) 744-0134
      E-Mail: Patrick.Snyder@ssa.gov
8
Attorneys for Defendant
9
UNITED STATES DISTRICT COURT
10
EASTERN DISTRICT OF CALIFORNIA
11
SACRAMENTO
12

13  JAY MCGUIRE,                              )
14        Plaintiff,                          )   CIVIL NO. 2:13-cv-28-EFB
                                          )
15        v.                                  )   **SECOND STIPULATION FOR**
                                          )   **EXTENSION OF TIME AND** ~~**PROPOSED**~~
16  CAROLYN W. COLVIN,                        )   **ORDER**
    Commissioner of                          )
17      Social Security,                         )
                                          )
18        Defendant.                          )
19  _____)

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's

22  Motion for Summary Judgment, up to and including November 6, 2013.  The response is currently due

23  September 24, 2013. This extension is being sought so Defendant can further communicate with her

24  client issues raised in Plaintiff's Motion for the purpose of settlement.  The undersigned has also been

25  absent for most of this month due to his father's liver transplant procedure, which required the

26  undersigned to travel to Florida to help his father.  This is the undersigned's first full week back in the

27  office. This is the Commissioner's second extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  9/24/13                         */s/ Richard Allen Shore*
                                        _____
                                        RICHARD ALLEN SHORE
                                        (as authorized via email on 9/24/13
                                        Attorney at Law
                                        Attorney for Plaintiff

Dated: 9/24/13                          BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                            By:
                                        */s/ Patrick William Snyder*
                                        _____
                                        PATRICK WILLIAM SNYDER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 25, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2