1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8927
7       Facsimile: (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov

   Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                              SACRAMENTO

   JAY MCGUIRE,                    )
                                   )   CIVIL NO. 2:13-cv-28-EFB
         Plaintiff,                )
                                   )
         v.                        )   **SECOND STIPULATION FOR**
                                   )   **EXTENSION OF TIME AND** ~~PROPOSED~~
   CAROLYN W. COLVIN,              )   **ORDER**
   Commissioner of                 )
   Social Security,                )
                                   )
         Defendant.                )
   _____ )

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's Motion for Summary Judgment, up to and including November 6, 2013. The response is currently due September 24, 2013. This extension is being sought so Defendant can further communicate with her client issues raised in Plaintiff's Motion for the purpose of settlement. The undersigned has also been absent for most of this month due to his father's liver transplant procedure, which required the undersigned to travel to Florida to help his father. This is the undersigned's first full week back in the office. This is the Commissioner's second extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  9/24/13                              */s/ Richard Allen Shore*
                                             _____
                                             RICHARD ALLEN SHORE
                                             (as authorized via email on 9/24/13
                                             Attorney at Law
                                             Attorney for Plaintiff

Dated: 9/24/13                               BENJAMIN B. WAGNER
                                             United States Attorney
                                             DONNA CALVERT
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                        By:
                                             */s/ Patrick William Snyder*
                                             _____
                                             PATRICK WILLIAM SNYDER
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 25, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2