
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY MCGUIRE, | Case No.: 2:13-cv-28-EFB |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

Upon remand, the Office of Disability Adjudication and Review will direct the Administrative Law Judge (ALJ) to offer the claimant a new hearing to determine the onset of the claimant's disability. The ALJ will be directed to call a medical expert who will consider the medical evidence of record and the claimant's allegations of disability. The ALJ will thus re-evaluate the medical evidence and claimant's credibility. The ALJ will further develop the

1. record and issue a new decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section ~~205(g)~~ *405(g)* of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Date: *November 6, 2013*

By: *Richard Allen Shore*
RICHARD ALLEN SHORE
*Authorized by phone on 11/6/2013*
Attorneys for Plaintiff

Date: *November 4, 2013*    BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX

By: */s/ Patrick William Snyder*
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

As amended above, it is so ordered.

DATED: November 7, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE