RICHARD A. SHORE
LAW OFFICE OF SHORE AND DUARTE
1341 Burnett Way
Tel. (916)456-4900
Fax. (916)732-4388
Email: richardashore@gmail

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAY McGUIRE,** | ) Case No.: 2:13-cv-00028-EFB |
| **Plaintiff,** | ) **ORDER APPROVING STIPULATION TO PAY EAJA FEES** |
| **vs.** | ) |
| **COMMISIONER OF SOCIAL SECURITY,** | ) |
| **Defendant** | ) |

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice fees, costs and expenses:

It is so ordered that fees and expenses in the amount of $4,200.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

Dated:   January 15, 2014.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE